**No. 09-8520. Richard Auston, Petitioner v. United States.**

559 U.S. 959, 130 S. Ct. 1558, 176 L. Ed. 2d 146, 2010 U.S. LEXIS 1374.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 355 Fed. Appx. 919.

**No. 09-8523. Esmerelda Villa, Petitioner v. United States.**

559 U.S. 959, 130 S. Ct. 1558, 176 L. Ed. 2d 146, 2010 U.S. LEXIS 1443.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 348 Fed. Appx. 376.

**No. 09-8524. Edward Myers, Petitioner v. United States.**

559 U.S. 959, 130 S. Ct. 1559, 176 L. Ed. 2d 146, 2010 U.S. LEXIS 1430.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 584 F.3d 1349.

**No. 09-8531. Alphonso Marvin Tindal, Jr., Petitioner v. United States.**

559 U.S. 959, 130 S. Ct. 1559, 176 L. Ed. 2d 146, 2010 U.S. LEXIS 1429.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 357 Fed. Appx. 436.

**No. 09-8532. Calvin Stovall, Petitioner v. United States.**

559 U.S. 959, 130 S. Ct. 1559, 176 L. Ed. 2d 146, 2010 U.S. LEXIS 1475.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 579 F.3d 919.

**No. 09-8534. Edward Jackson, Petitioner v. United States.**

559 U.S. 959, 130 S. Ct. 1559, 176 L. Ed. 2d 146, 2010 U.S. LEXIS 1425.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-8535. David Winters, Petitioner v. United States Parole Commissioner, et al.**

559 U.S. 959, 130 S. Ct. 1559, 176 L. Ed. 2d 146, 2010 U.S. LEXIS 1287.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 320 Fed. Appx. 697.

**No. 09-8537. Pennina Ramirez, Petitioner v. United States.**

559 U.S. 959, 130 S. Ct. 1559, 176 L. Ed. 2d 146, 2010 U.S. LEXIS 1418.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 873.

**No. 09-8538. Diuvel Rodriguez, Petitioner v. United States.**

**No. 09-8612. Geormani Hernandez Gari, Petitioner v. United States.**

559 U.S. 959, 130 S. Ct. 1560, 176 L. Ed. 2d 146, 2010 U.S. LEXIS 1381.

February 22, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same cases below, 572 F.3d 1352.